CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff SCOTT JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>         Plaintiff,<br><br>v.<br><br>BRANHAM CENTER LLC, a California Limited Liability Company; and THUY TRUONG; and Does 1-10,<br><br>         Defendants. | Case No.: 5:20-cv-08266-BLF<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT THUY TRUONG ONLY** |

The plaintiff hereby notifies the court that a settlement has been reached in the above-captioned case between Plaintiff and Defendant Thuy Truong only. Plaintiff anticipates filing a dismissal as to Defendants Thuy Truong only within the next 60 days. This case remains at issue with respect to Defendant Branham Center LLC.

CENTER FOR DISABILITY ACCESS

Dated: March 23, 2021        By:   /s/ Amanda Seabock
                                          Amanda Seabock
                                          Attorney for Plaintiff