CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | **Case:** 5:20-cv-08266-BLF |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal Of Defendant Thuy Truong only With Prejudice** |
| BRANHAM CENTER LLC, a California Limited Liability Company; and THUY TRUONG; and Does 1-10, | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses Defendant Thuy Truong only, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant THUY TRUONG, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this Defendant may be dismissed without an Order of the Court.

Dated: June 29, 2021          CENTER FOR DISABILITY ACCESS

                              By:   /s/ Amanda Seabock
                                  Amanda Seabock
                                  Attorneys for Plaintiff

1