CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

*APPROVED*
*Judge Beth Labson Freeman*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>BRANHAM CENTER LLC, a California Limited Liability Company; and THUY TRUONG; and Does 1-10,<br><br>  Defendants. | **Case:** 5:20-cv-08266-BLF<br><br>**Plaintiff's Notice of Voluntary Dismissal Of Defendant Thuy Truong only With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses Defendant Thuy Truong only, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant THUY TRUONG, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this Defendant may be dismissed without an Order of the Court.

Dated: June 29, 2021         CENTER FOR DISABILITY ACCESS

                             By:  /s/ Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff

1

# PROOF OF SERVICE
## Johnson v. Branham Center LLC
5:20-cv-08266-BLF

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 8033 Linda Vista Road, Suite 200 San Diego, CA 92111

On June 29, 2021 I served the following document(s):

- **Plaintiff's Notice of Voluntary Dismissal Of Defendant Thuy Truong only With Prejudice.**

Addressed to:

> Thuy Truong 1576 Branham Ln,
> San Jose, CA 95118

☑ **BY MAIL:** I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ **BY FACSIMILE:** In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.

☐ **BY OVERNITE EXPRESS:** I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.

☐ **BY PERSONAL SERVICE:** I caused said documents to be personally served on all listed recipients via Diversified Legal Services.

☑ **BY ELECTRONIC MAIL TRANSMISSION:** via email. I caused the listed documents to be electronically filed and or subsequently emailed to the recipient(s).

Executed on June 29, 2021, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Kayla Drayton*

_____
Kayla Drayton

PROOF OF SERVICE