**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>    v.<br><br>BRANHAM CENTER LLC,<br><br>          Defendant. | Case No. 20-cv-08266-BLF<br><br>**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE** |

On August 2, 2022, the Court filed an Order to Show Cause directing Plaintiff Scott Johnson to show why this case should not be dismissed for failure to prosecute. *See* ECF No. 21. On August 15, 2022, Plaintiff's counsel filed a declaration indicating that Plaintiff failed to prosecute this case due to a clerical error and Plaintiff does not oppose the Court dismissing the case. *See* ECF No. 22.

Accordingly, the Court hereby DISMISSES the above-captioned case WITH PREJUDICE for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: August 15, 2022

_____
BETH LABSON FREEMAN
United States District Judge